# ATTACHMENT 1

## COMPLAINT FORM

(for non-prisoner filers without lawyers)



USDC EDWI
FILED IN GREEN BAY DIV

APR 1 4 2016

AT____O'CLOCK____M
JON W. SANFILIPPO

### IN THE UNITED STATES DISTRICT COURT
FOR THE _Eastern_ DISTRICT OF _Wisconsin_

(Full name of plaintiff(s))

_Jennifer Jonette Myrick_

vs

(Full name of defendant(s))

* _Richard Greenwood_
* _Mark Warpinski_
* _Thomas Walsh_

* _Phoebe Mix_
* _Jane Sequin_
* _Chad Resar_

Case Number:

**16 C · 460**

(to be supplied by clerk of court)

## A. PARTIES

1. Plaintiff is a citizen of _Colorado_ and resides at
   (State)

   _7177 W. Kentucky Dr. Apt. A, Lakewood, CO 80226_
   (Address)

(If more than one plaintiff is filing, use another piece of paper).

* Richard Greenwood   * Phoebe Mix
* Mark Warpinski   * Jane Sequin
* Thomas Walsh   * Chad Resar

2.   Defendant _____

(Name)

is (if a person or private corporation) a citizen of Wisconsin & Unknown

(State, if known)

and (if a person) resides at __Unknown__

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Brown County Courthouse, 100 S. Jefferson St., Green Bay, WI  54301

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.   Who violated your rights;
2.   What each defendant did;
3.   When they did it;
4.   Where it happened; and
5.   Why they did it, if you know.

* _____Attachment → "My story"_____

* _____Provides all the points for, (B.) - Statement of Claim_____

* _____All events happened at the Brown County, WI,_____

_____Court house._____

Attachment One (Complaint)-2

C.   JURISDICTION

☒   I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐   I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.   RELIEF WANTED

Describe what you want the court to do if you win your lawsuit.  Examples may include an award of money or an order telling defendants to do something or stop doing something.

* Award of money → No less than $3 million, & No more than $1 billion. — There is No money amount that can bring back the loss of my son's childhood & the loss of imperative time between a mother & child. "NO CHILD LEFT BEHIND" was not considered.

* Defendants need to take responsibility for their actions. Allow families, children, & people to use their U.S. Constitutional rights for their voice to be heard.

* Judges & FCC's - NO HEAR SAY!

* PLEASE READ - "IF I AM SILENT... (Attachment)

E.    JURY DEMAND

☒    Jury Demand - I want a jury to hear my case
                    OR
☐    Court Trial – I want a judge to hear my case

Dated this __12th__ day of __April_____ 20 __16__ .

Respectfully Submitted,

*Jennifer Jonette Myrick*
Signature of Plaintiff

__(920) 360-1870__
Plaintiff's Telephone Number

__Jmyrick07@gmail.com__
Plaintiff's Email Address

__7177 W. Kentucky Dr., Apt. A__
__Lakewood, CO    80226__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒    I **DO** request that I be allowed to file this complaint without paying the filing fee.  I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.